Steven M. Weiss, State Bar #197374
Bay Area Legal Aid
405 14th St., 11th floor
Oakland, CA 94612
sweiss@baylegal.org
Phone:  (510) 663-4744 x5206
Fax:    (510) 663-4740


Attorney for Plaintiff TERRI COTTEN




UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| TERRI COTTEN, | |
|---|---|
| Plaintiff, | CIVIL NO. C 07-03169 CRB |
| v. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE MOTION FOR SUMMARY JUDGMENT OR REMAND |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the undersigned attorneys, subject to the approval of the Court, that plaintiff shall have an extension of 30 days in which to file a motion for summary judgment or remand.  Plaintiff's reply was due on November 6, 2007, pursuant to Civil L.R.16-5.  Plaintiff's response is now due on December 6, 2007.

/

/

1

2          This is plaintiff's first request for an extension of time.

3

4

5

6    Dated:  November 7, 2006          _____/_____
                                        STEVEN M. WEISS
7                                       Attorney for Plaintiff

8

9

10   Dated:  November 7, 2006          By:  _____/_____
                                        GINA SHIN
11                                      Special Assistant U.S. Attorney

12

13   PURSUANT TO STIPULATION, IT IS SO ORDERED.

14

15

16

17   Dated: November 16, 2007          _____
                                        CHARLES R. BREYER
18                                      UNITED STATES DISTRICT JUDGE
                                        Northern District of California
19

20

21

22

23

24

25