1  SCOTT N. SCHOOLS, SBN SC 9990
   United States Attorney
2  LUCILLE GONZALES MEIS, SBN CO 15153
   Regional Chief Counsel, Region IX,
3  Social Security Administration
   GINA SHIN
4  Special Assistant United States Attorney

5     333 Market Street, Suite 1500
      San Francisco, California 94105
6     Telephone:  (415) 977-8926
      Facsimile:  (415) 744-0134
7
   Attorneys for Defendant
8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10
                       SAN FRANCISCO DIVISION
11

12  TERRI COTTEN,                    )
                                     )     CIVIL NO. C-07-03169 CRB
13         Plaintiff,                )
                                     )
14         v.                        )     STIPULATION AND ORDER OF REMAND
                                     )
15  MICHAEL J. ASTRUE,               )
    Commissioner of                  )
16  Social Security,                 )
                                     )
17         Defendant.                )
                                     )
18  _____ )

19
20         IT IS HEREBY STIPULATED by the undersigned for the respective parties, subject to the

21  approval of the Court, that this action be remanded to the Defendant, Commissioner of Social Security,

    pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings.  The purpose of the remand is to
22
    offer Plaintiff a new decision.
23
           Upon remand, the Office of Disability Adjudication and Review will remand this case to an
24
    Administrative Law Judge (ALJ) and direct him or her to re-evaluate Plaintiff's alleged mental
25
    impairments, including her substance abuse.  If Plaintiff is found to be disabled as a result of substance
26
    abuse, the ALJ will assess Plaintiff's functional abilities absent substance abuse.  The ALJ will also
27
    obtain medical expert evidence to assist in clarifying Plaintiff's mental and physical limitations with and
28
    without substance abuse.  Additionally, the ALJ will evaluate the previously unaddressed lay witness

statement.  Finally, as Plaintiff is currently in pay status for benefits awarded on a subsequent application filed on April 16, 2007, the ALJ will affirm this subsequent favorable determination and will obtain the subsequent file and consider whether an earlier onset date is appropriate.  Plaintiff may supplement the record as appropriate, including providing additional medical evidence.

Dated:  _December 28, 2007_          /s/ _Steven M. Weiss_
                                      _(As authorized on December 28, 2007_)
                                      STEVEN M. WEISS
                                      Attorney for Plaintiff


                                      SCOTT N. SCHOOLS
                                      United States Attorney

Dated:  _December 28, 2007_     By: /s/ _Gina Shin_
                                      _(As signed on December 28, 2007_)
                                      Special Assistant United States Attorney


PURSUANT TO STIPULATION, IT IS SO ORDERED that this action is reversed and remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings.

Dated:          January 2, 2008
       _____

CHARLES R. BREYER
United States District Judge
Northern District of California

IT IS SO ORDERED
Judge Charles R. Breyer

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA