| | |
|---|---|
| 1 | SCOTT N. SCHOOLS, SBN SC 9990 |
| | United States Attorney |
| 2 | LUCILLE GONZALES MEIS, SBN CO 15153 |
| | Regional Chief Counsel, Region IX, |
| 3 | Social Security Administration |
| | GINA SHIN |
| 4 | Special Assistant United States Attorney |

    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone:  (415) 977-8926
    Facsimile:   (415) 744-0134

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| TERRI COTTEN, | ) | |
| | ) | CIVIL NO. C-07-03169 CRB |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | STIPULATION AND ORDER OF REMAND |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of | ) | |
| Social Security, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

     IT IS HEREBY STIPULATED by the undersigned for the respective parties, subject to the approval of the Court, that this action be remanded to the Defendant, Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings. The purpose of the remand is to offer Plaintiff a new decision.

     Upon remand, the Office of Disability Adjudication and Review will remand this case to an Administrative Law Judge (ALJ) and direct him or her to re-evaluate Plaintiff's alleged mental impairments, including her substance abuse. If Plaintiff is found to be disabled as a result of substance abuse, the ALJ will assess Plaintiff's functional abilities absent substance abuse. The ALJ will also obtain medical expert evidence to assist in clarifying Plaintiff's mental and physical limitations with and without substance abuse. Additionally, the ALJ will evaluate the previously unaddressed lay witness

statement. Finally, as Plaintiff is currently in pay status for benefits awarded on a subsequent application filed on April 16, 2007, the ALJ will affirm this subsequent favorable determination and will obtain the subsequent file and consider whether an earlier onset date is appropriate. Plaintiff may supplement the record as appropriate, including providing additional medical evidence.

Dated: *December 28, 2007*  /s/ *Steven M. Weiss*
   (As authorized on December 28, 2007)
STEVEN M. WEISS
Attorney for Plaintiff

SCOTT N. SCHOOLS
United States Attorney

Dated: *December 28, 2007*  By: /s/ *Gina Shin*
   (As signed on December 28, 2007)
Special Assistant United States Attorney

PURSUANT TO STIPULATION, IT IS SO ORDERED that this action is reversed and remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings.

Dated: January 2, 2008

CHARLES R. BREYER
United States District Judge
Northern District of California

IT IS SO ORDERED
Judge Charles R. Breyer

2