UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TERRI COTTEN,<br><br>        Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of<br>Social Security,<br><br>        Defendant. | CIVIL NO. C-07-03169 CRB<br><br>[~~PROPOSED~~] JUDGMENT |

   IT IS HEREBY ADJUDGED that the agency's final decision is reversed and remanded pursuant to sentence four of 42 U.S.C. § 405(g). The Commissioner of Social Security shall assume jurisdiction to conduct further administrative proceedings as set forth in the parties' Stipulation of Remand, filed herein. This constitutes a final judgment under Fed. R. Civ. P. 58.

Dated: January 2, 2008

_____
CHARLES R. B[REYER]
United States Di[strict Judge]
Northern Distri[ct of California]

*IT IS SO ORDERED*
*Judge Charles R. Breyer*